UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
CREATIVE PLAYTHINGS, LTD.,     )   Civil Action No.:
a Massachusetts Corporation,   )
                               )
         Plaintiff,            )
v.                             )
                               )
CREATIVE PLAY                  )
STRUCTURES, INC.,              )
                               )
         Defendant.            )
_____)
```

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the plaintiff, Creative Playthings, Ltd., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 8, 2005                CREATIVE PLAYTHINGS, LTD.,
                                    By its attorneys,


                                    /s/ Brad A. Compston_____
                                    Rodney E. Gould, BBO #205420
                                    rgould@rhglaw.com
                                    Brad A. Compston, BBO #640520
                                    bcompston@rhglaw.com
                                    RUBIN, HAY & GOULD, P.C.
                                    205 Newbury Street
                                    P.O. Box 786
                                    Framingham, MA 01701-0785
                                    (508) 875-5222