AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

CREATIVE PLAYTHINGS, LTD.

V.

CREATIVE PLAY STRUCTURES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10658 DPW

TO: (Name and address of Defendant)

Creative Play Structures, Inc.
7400 SW Macadam Avenue
Portland, OR 97219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rodney E. Gould
Rubin, Hay & Gould, P.C.
205 Newbury Street
Framingham, MA 01701

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 04 2005

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5·3·05 |
| NAME OF SERVER (PRINT)  Herman Garcia | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served within named entity by delivering a true copy of the Summons; First Amended Complaint & Jury Demand to Mike Ronfeld, Office Mgr. at ~~the~~ 7900 SW Macadam Ave., Portland, OR 97219

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 9 2005      *Signature of Server* Herman Garcia

Address of Server: 2014 NE Sandy Blvd #204  Portland, OR 97232

OFFICIAL SEAL
AMANDA WRIGHT
NOTARY PUBLIC-OREGON
COMMISSION NO. 379792
MY COMMISSION EXPIRES APR. 18, 2008

*Amanda Wright* (signature)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05-10658 DPW

**Plaintiff:**
**Creative Playthings, Ltd.,**
vs.
**Defendant:**
**Creative Play Structures Inc.,**

Received by RUSH PROCESS SERVICE to be served on **CREATIVE PLAY STRUCTURES INC., 7400 SW Macadam Ave., Portland, Oregon 97219**.

I, Herman Garcia, being duly sworn, depose and say that on the **3rd day of May, 2005 at 11:41 am, I:**

**SERVED** the within named entity by delivering a true copy of the **Summons; First Amended Complaint and Jury Demand** to **Mike Ronfeld, Office Manager** at the address stated above.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity/person served by me is the same entity/person named in the action.

Subscribed and Sworn to before me on the 5th day of May, 2005

NOTARY PUBLIC

OFFICIAL SEAL
AMANDA WRIGHT
NOTARY PUBLIC-OREGON
COMMISSION NO. 379792
MY COMMISSION EXPIRES APR 13, 2008

**Herman Garcia**
Process Server

**RUSH PROCESS SERVICE**
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: 2005008091
Ref: CrtvPlaythings/CrtvPlayStructures

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j