UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
CREATIVE PLAYTHINGS, LTD.,    )   Civil Action No.:
and CP LICENSING CORP.,       )   05-10658 DPW
                              )
        Plaintiff,            )
v.                            )
                              )
CREATIVE PLAY                 )
STRUCTURES, INC.              )
                              )
        Defendant.            )
_____)

**STIPULATION AND PROPOSED ORDER EXTENDING
DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Creative Playthings, Ltd. and CP Licensing Corp. (collectively "plaintiffs") hereby stipulate and agree that the defendant Creative Play Structures, Inc. shall have to and until January 31, 2006 to respond to the complaint against it.

A [Proposed] Order granting defendant until January 31, 2006 to respond to the complaint is being filed herewith.

Dated: December 22, 2005      CREATIVE PLAYTHINGS, LTD.,
                              By its attorneys,


                              /s/Brad A. Compston_____
                              Rodney E. Gould, BBO #205420
                              rgould@rhglaw.com
                              Brad A. Compston, BBO # 640520
                              bcompston@rhglaw.com
                              RUBIN, HAY & GOULD, P.C.
                              205 Newbury Street
                              P.O. Box 786
                              Framingham, MA 01701-0785
                              (508) 875-5222

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| _____ ) <br> CREATIVE PLAYTHINGS, LTD., ) <br> and CP LICENSING CORP., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> CREATIVE PLAY ) <br> STRUCTURES, INC. ) <br> ) <br>     Defendant. ) <br> _____) | Civil Action No.: <br> 05-10658 DPW |

**[PROPOSED] ORDER**

    It is hereby ordered that the defendant shall respond to the Complaint against it in this matter on or before January 31, 2006.

_____
U.S. District Court Judge