```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| CREATIVE PLAYTHINGS, LTD., and CP LICENSING CORP., | ) ) ) ) | Civil Action No.: 05-10658 DPW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CREATIVE PLAY STRUCTURES, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Creative Playthings, Ltd. and CP Licensing Corp. (collectively "plaintiffs") hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(i) to the dismissal of the above-referenced action without prejudice, with each party bearing it own costs and attorneys' fees.

Dated: January 31, 2006        CREATIVE PLAYTHINGS, LTD.,
                               By its attorneys,


                               /s/Brad A. Compston_____
                               Rodney E. Gould, BBO #205420
                               rgould@rhglaw.com
                               Brad A. Compston, BBO # 640520
                               bcompston@rhglaw.com
                               RUBIN, HAY & GOULD, P.C.
                               205 Newbury Street
                               P.O. Box 786
                               Framingham, MA 01701-0785
                               (508) 875-5222